"Schedule A"

STAR FABRICS, INC., a California Corporation,

Plaintiff,

v.

MONROE & MAIN, INC., a Wisconsin Corporation; SEVENTH AVENUE, INC., a Wisconsin Corporation; MIDNIGHT VELVET, INC., a Wisconsin Corporation; TAKE TWO CLOTHING CO., LLC, a New York Limited Liability Company; DESIGN ALTERNATIVES NY LLC, individually and doing business as "CENIA", a New York Limited Liability Company; and DOES 1 through 10,

Defendants.