**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Stephen M. Doniger SBN 179314/ Scott Burroughs SBN 235718<br>DONIGER/BURROUGHS<br>300 Corporate Pointe, Suite 355<br>Culver City, CA 90230<br>TELEPHONE NO.: 310-590-1820   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* stephen@donigerlawfirm.com, scott@donigerlawfirm.com<br>ATTORNEY FOR *(Name):* Plaintiff | **FOR COURT USE ONLY** |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS:  312 N. Spring St.<br>MAILING ADDRESS:  312 N. Spring St.<br>CITY AND ZIP CODE:  Los Angeles, CA 90012<br>BRANCH NAME:  USDC-Central | |
| PLAINTIFF/PETITIONER: Star Fabrics, Inc.<br>DEFENDANT/RESPONDENT: Monroe & Main Inc., et al. | CASE NUMBER:<br>CV14-07125-MWF-E |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
   Midnight Velvet Inc., a Wisconsin Corporation

   b. ✓ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Corporation Service Company- Registered agent

4. Address where the party was served:
   8040 Excelsior Drive, Suite 400, Madison, WI 53717

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Star Fabrics, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Monroe & Main Inc.,et al. | CV14-07125-MWF-E |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* 9/12/2014           (2) from *(city):* Culver City, CA

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):* Midnight Velvet Inc., a Wisconsin Corporation
      under the following Code of Civil Procedure section:

      [✓] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)  [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)  [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)        [ ] 415.46 (occupant)
                                        [ ] other:

7. **Person who served papers**
   a. Name: Paulina Morales
   b. Address: 300 Corporate Pointe, Suite 355, Culver City, CA 90230
   c. Telephone number: 310-590-1820
   d. **The fee** for service was: $ 0
   e. I am:
      (1) [✓] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner [ ] employee [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 9/16/2014

Paulina Morales
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                                    (SIGNATURE)

**UNITED STATES POSTAL SERVICE**

Date: September 16, 2014

Simple Certified:

The following is in response to your September 16, 2014 request for delivery information on your Certified Mail™/RRE item number 9414810699945006270741. The delivery record shows that this item was delivered on September 15, 2014 at 10:32 am in MADISON, WI 53717. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

MIDNIGHT VELVET, INC., A WISCONSIN CORPORATION
CORPORATION SERVICE COMPANY- REGISTERED AGENT
8040 EXCELSIOR DRIVE, SUITE 400
MADISON, WI 53717
Reference #: STAR V. MONROE_S&C_MIDNIGHT