**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Stephen M. Doniger SBN 179314/ Scott Burroughs SBN 235718<br>DONIGER/BURROUGHS<br>300 Corporate Pointe, Suite 355<br>Culver City, CA 90230<br>TELEPHONE NO.: 310-590-1820   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* stephen@donigerlawfirm.com, scott@donigerlawfirm.com<br>ATTORNEY FOR *(Name):* Plaintiff | *FOR COURT USE ONLY* |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: 312 N. Spring St.<br>MAILING ADDRESS: 312 N. Spring St.<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: USDC-Central | |
| PLAINTIFF/PETITIONER: Star Fabrics, Inc.<br>DEFENDANT/RESPONDENT: Monroe & Main Inc., et al. | CASE NUMBER:<br>CV14-07125-MWF-E |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
      Design Alternatives NY LLC individually and doing business as Cenia

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Spiegel & Utrera, PA PC- Registered agent

4. Address where the party was served:
   1 Maiden Lane, 5th Floor, New York, NY 10038
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*
   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Star Fabrics, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Monroe & Main Inc.,et al. | CV14-07125-MWF-E |

5. c. ☑ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* 9/12/2014      (2) from *(city):* Culver City, CA

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☑ to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* Design Alternatives NY LLC
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
           ☐ other:

7. **Person who served papers**
   a. Name: Paulina Morales
   b. Address: 300 Corporate Pointe, Suite 355, Culver City, CA 90230
   c. Telephone number: 310-590-1820
   d. **The fee** for service was: $ 0
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 9/18/2014

Paulina Morales
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

**UNITED STATES POSTAL SERVICE**

Date: September 18, 2014

Simple Certified:

The following is in response to your September 18, 2014 request for delivery information on your Certified Mail™/RRE item number 9414810699945006271120. The delivery record shows that this item was delivered on September 16, 2014 at 12:19 pm in NEW YORK, NY 10038. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

```
DESIGN ALTERNATIVES NY LLC
SPIEGEL & UTRERA, PA PC- REGISTERED AGENT
1 MAIDEN LANE 5TH FLOOR
NEW YORK, NY 10038
Reference #: STAR V.MONROE_S&C_DESIGN ALT.
```